# UNITED STATES DISTRICT COURT
## Northern District of West Virginia

_Derek Glasser + C.D.G._

Plaintiff,

V.

_The State of West Virginia_

Defendant.

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:15-CV-1411

FILED

FEB - 3 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## YOU MUST COMPLETE THIS FORM FOR YOU, YOUR SPOUSE AND ALL PERSONS OVER 18 LIVING IN THE RESIDENCE WHERE YOU LIVE

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my action or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct (28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signed: _____

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _1/29/15_

_1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amount, that is amounts before any deductions for taxes or otherwise._

| Income Source | Average Monthly Amount during the past 12 months | | | Amount expected next month | | |
|---|---|---|---|---|---|---|
| | You | Spouse | Other Adult* | You | Spouse | Other Adult* |
| Employment | $ 0 | $ ____ | $ ____ | $ 0 | $ ____ | $ ____ |
| Self-Employment | $ 100 | $ ____ | $ ____ | $ 0 | $ ____ | $ ____ |
| Income from real property (such as rental income) | $ 0 | $ ____ | $ ____ | $ 0 | $ ____ | $ ____ |
| Interest and dividends | $ 0 | $ ____ | $ ____ | $ 0 | $ ____ | $ ____ |
| Gifts | $ 0 | $ ____ | $ ____ | $ 0 | $ ____ | $ ____ |

* Other adult living where you reside

-1-

| | | | | | | |
|---|---|---|---|---|---|---|
| Alimony | $ 0 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |
| Child Support | $ 0 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |
| Retirement (social security, pensions, annuities, insurance, etc.) | $ 0 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |
| Disability (social security, insurance payments, etc.) | $ 0 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |
| Unemployment payments | $ 0 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |
| Public-Assistance (such as welfare) | $ 0 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |
| Other (specify): | $ 0 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |
| **Total monthly income:** | $ 100 | $ ___ | $ ___ | $ ___ | $ ___ | $ ___ |

2. *List your employment history with most recent employer first (Gross monthly pay is before taxes or other deductions).*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Defender Guard service | Boca Raton FL | 1997-2000 | $600 |
| | | | |
| | | | |

3. *List your spouse's employment history with most recent employer first (Gross monthly pay is before taxes or other deductions).*

| | | | |
|---|---|---|---|
| None | | | |
| | | | |

4. *How much cash do you and your spouses have?* $ ___ 0 ___
Below, state any money you or your spouse have in bank accounts or in any other financial institution

| Financial Institution | Type of Account | Amount you have | Amount your spouse has | Amount other adult has* |
|---|---|---|---|---|
| None | | $ ___ | $ ___ | $ ___ |
| | | $ ___ | $ ___ | $ ___ |
| | | $ ___ | $ ___ | $ ___ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

* Other adult living where you reside

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home        (Value) | Other real estate   (Value) | Motor vehicle #1    (Value) |
|---|---|---|
| _____ | _____ | Make & year: *International 1993* |
| _____ | _____ | Model: *Bus* |
| _____ | _____ | Registration #: *I don't know. It is far away. havent driven it in over 2 years* |

| Motor vehicle #2   (Value) | Other assets       (Value) | Other assets        (Value) |
|---|---|---|
| Make & year: _____ | _____ | _____ |
| Model:       _____ | _____ | _____ |
| Registration #: _____ | _____ | _____ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| *None* | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7. *State the persons who rely on you or your spouse for support.*

| Initials | Relationship | Age |
|---|---|---|
| *None* | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually or annually to show the monthly rate.*

| | You | Your Spouse | Other adult* |
|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ *0* | $_____ | $_____ |
| Are real estate taxed included? ☐ Yes  ☐ No | | | |
| Is property insurance included? ☐ Yes  ☐ No | | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ *paid by homeowner* | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $ *0* | $_____ | $_____ |
| Food | *$100* $ *EBT Food Stamps* | $_____ | $_____ |
| Clothing | $ *used clothes, church* | $_____ | $_____ |
| Laundry and dry cleaning | $ *0* | $_____ | $_____ |

* Other adult living where you reside                -3-

| | | | |
|---|---|---|---|
| Medical and dental expenses | $ _Medicade_ | $_____ | $_____ |
| Transportation (not including motor vehicle payment) | $ _0_ | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $ _0_ | $_____ | $_____ |
| Insurance (not deducted from wages or included in mortgage payments) | $ _0_ | $_____ | $_____ |
| Homeowner's or renter's | $ _0_ | $_____ | $_____ |
| Life | $ _0_ | $_____ | $_____ |
| Health | $ _0_ | $_____ | $_____ |
| Motor Vehicle | $ _0_ | $_____ | $_____ |
| Other:_____ | $ _____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ _0_ | $_____ | $_____ |
| Installment payments | | | |
| Motor Vehicle | $ _0_ | $_____ | $_____ |
| Credit Card (name):_____ | $ _0_ | $_____ | $_____ |
| Department Store (name):_____ | $ _0_ | $_____ | $_____ |
| _____ | $ _0_ | $_____ | $_____ |
| Other:_____ | $ _0_ | $_____ | $_____ |
| Alimony, maintenance, and support paid to other | $ _0_ | $_____ | $_____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement | $ _0_ | $_____ | $_____ |
| Other (specify):_____ | $ _0_ | $_____ | $_____ |
| **Total monthly expenses:** | $ _$100_ | $_____ | $_____ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

☐ Yes      ☐ No      *If yes, describe on an attached sheet*

-4-

10. *Have you paid-or will you be paying-an attorney any money for services in connection with this case including the completion of this form?*    ☐ Yes    ☑ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. *Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

☐ Yes    ☑ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I am destitute.
I have had everything taken
from me.

S2050A

UNAUTHORIZED USE IS
A FRAUDULENT PRACTICE

**WEST VIRGINIA DEPARTMENT OF HEALTH & HUMAN RESOURCES**
MEDICAL I.D. CARD

SEE NOTICE ON BACK
KEEP THIS CARD

VALID ONLY

GLASSER, DEREK
1310 BEECHY RIDGE RD
CLAY, WV 25043

CASE NO.    1018547711
PROV. NO.    0000000000

FS    0000
CK    0000

FROM    12/01/14
TO    12/31/14

| MA ID NO. | PLAN | CLIENT NAME | BIRTH DATE | PAAS/LOCKIN/HMO PROV | PROVIDER PHONE | TPL PROVIDER | POLICY NO. |
|---|---|---|---|---|---|---|---|
| 00104092511 | TR | GLASSER, DEREK | 02/15/1973 | | | | |

Provider: Call AVRS 888-483-0793 to verify HMO and Benefits Package.

YOU MUST SHOW THIS CARD TO GET MEDICAL SERVICES

